1  LISA I. DAMJI, Bar No. 204764
2  BAKER & HOSTETLER LLP
3  12100 Wilshire Boulevard, 15th Floor
   Los Angeles, California  90025-7120
4  Telephone:  (310) 820-8800
   Facsimile:   (310) 820-8859
5  Email:        ldamji@bakerlaw.com

6  Attorneys for Plaintiff
7  DYMO B.V.B.A.

8  CHARLES S. BARQUIST (CA SBN 133785)
9  CBarquist@mofo.com
   MORRISON & FOERSTER LLP
10 707 Wilshire Boulevard
11 Los Angeles, California 90017-3543
   Telephone: 213.892.5200
12 Facsimile: 213.892.5454

13
14 Attorneys for Defendant
   LINKYO CORPORATION
15

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DYMO B.V.B.A. | Case No. CV 12-10767 JGB (MANx) |
| Plaintiff, | |
| v. | **STIPULATED CONSENT JUDGMENT** |
| ASTER GRAPHICS, INC.; ASTER GRAPHICS COMPANY LIMITED; ASTER TECHNOLOGY HOLLAND B.V.; and LINKYO CORPORATION, | |
| Defendants. | |

Pursuant to the stipulation and agreement of Plaintiff Dymo B.V.B.A. ("Dymo") and Defendant Linkyo Corporation ("Linkyo"), the parties agree that the Court may enter judgment in favor of Dymo and against Linkyo in this matter as follows:

1. Linkyo agrees that U.S. Patent No. 5,658,083, U.S. Patent No. 5,826,995, U.S. Patent No. 6,074,113 and U.S. Patent No. 6,092,946 (the "patents in suit") are valid and enforceable and owned by Dymo, that Linkyo has infringed those patents by the sale in the United States of certain tape cassettes used with Dymo brand printers and marked with model number YT-45013, containing ½ inch width black on white label tape, and that Linkyo has agreed to cease offering for sale and selling the said cassettes.

2. Accordingly, Linkyo is herewith enjoined from selling, offering for sale, importing into the United States, making or using the said tape cassettes model number YT-45013, or any other such tape cassettes differing from said model number only in the color or width of the enclosed label tape, until the expiration of the last to expire to the said patents in suit.

3. The parties shall each bear their own costs in this action.

4. No other matters remain for adjudication.

Dated: May 24, 2013

BAKER & HOSTETLER LLP
LISA I. DAMJI
THOMAS H. SHUNK
LAWRENCE M. SUNG
KRISTA L. LYNCH

By: /s/ Lisa I. Damji
    Lisa I. Damji
Attorneys for Plaintiff DYMO B.V.B.A

| | |
|---|---|
| Dated: May 24, 2013 | MORRISON & FOERSTER LLP<br>CHARLES S. BARQUIST<br><br>By: /s/ Charles S. Barquist<br>    Charles S. Barquist<br>ATTORNEYS FOR DEFENDANT<br>LINKYO, INC. |

### **ATTESTATION**

I, Lisa I. Damji, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with Local Rule 5-4.3.4, I hereby attest that Charles S. Barquist has concurred in the content of the Stipulation and has authorized this filing.

| | |
|---|---|
| Dated: May 24, 2013 | BAKER & HOSTETLER LLP<br>LISA I. DAMJI<br><br>By: /s/ Lisa I. Damji<br>    Lisa I. Damji<br><br>Attorneys for Plaintiff<br>DYMO B.V.B.A |

IT IS SO ORDERED.

DATED: May 29, 2013

_____
HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

602264383

JS-6